UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SCOTT SCHNEIDER,

    Plaintiff,

v.                                        CASE NO: 8:05-cv-1091-T-23EAJ

THE STATE OF FLORIDA, et al.,

    Defendants.
_____/

**ORDER**

An order (Doc. 5) directed the plaintiff to show, on or before November 7, 2005, why this action should not be dismissed for lack of prosecution for failure to serve. The order cautioned that failure to comply would result in dismissal of the action without further notice. The plaintiff has neither filed a response nor moved to extend the time for a response. Accordingly, this action is **DISMISSED** for lack of prosecution. See Local Rule 3.10. The Clerk is directed to (1) terminate any pending motion and (2) close the case.

ORDERED in Tampa, Florida, on November 23, 2005.

                                                    STEVEN D. MERRYDAY
                                        UNITED STATES DISTRICT JUDGE

cc:    US Magistrate Judge
        Courtroom Deputy